UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kathleen M. Craft and Robin R. Craft,
                    Plaintiff

V.

Regions Mortgage, Inc., et al.,
                    Defendant

CIVIL ACTION

NO.  08-10975

## JUDGMENT

Gorton,   D. J.

In accordance with the Court's Memorandum and Order dated  January 11, 2011  granting  defendants  motion for summary judgment in the above-entitled  action, it is hereby ORDERED:

Judgment for the  Defendant

By the Court,

1/11/11                              /s/Craig J. Nicewicz
Date                                 Deputy Clerk

(Judgment for SJ.wpd - 12/98)